**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Deshon Jermaine Norman, Appellant.

Appellate Case No. 2017-001239

───────────────

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

───────────────

Unpublished Opinion No. 2018-UP-444
Submitted October 1, 2018 – Filed December 5, 2018

───────────────

**APPEAL DISMISSED**

───────────────

Appellate Defender Robert M. Pachak and Lara Mary Caudy, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

───────────────

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.